# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00267-CV

**Frank Herrera, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. D-1-GV-07-000196, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

A copy of Frank Herrera's notice of appeal was filed with this Court on April 24, 2008. On June 3, 2008, and again on June 30, 2008, this Court received notice from the district clerk's office of Travis County that Herrera had not paid or made arrangements to pay for the clerk's record. On June 30, 2008, this Court sent notice to Herrera that if he did not submit a status report to this Court by July 10, 2008, this appeal would be dismissed for want of prosecution. To date, Herrera has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), (c).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:  August 12, 2008